IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLOS R. WORTHAM,

    Defendant.

Case No.   3:18cr196(1)

JUDGE WALTER H. RICE

---

DECISION AND ENTRY DISMISSING PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE, FILED APRIL 5, 2019, AT DOC. #61

---

Defendant having been sentenced on June 16, 2020, and, further, Defendant's satisfactory performance since the filing of the April 5, 2019, Petition directing Defendant to show cause why his bond should not be revoked (Doc. #61), the above referenced Petition is DISMISSED.

June 25, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Patrick Kennedy, U.S. Pretrial Services Officer