IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLOS R. WORTHAM,

    Defendant.

Case No. 3:18cr196(1)

JUDGE WALTER H. RICE

---

DECISION AND ENTRY DISMISSING PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE, FILED MARCH 19, 2020, AT DOC. #77

---

Defendant having been sentenced on June 16, 2020, and, further, Defendant's performance since the filing of the March 19, 2020, Petition directing Defendant to show cause why his bond should not be revoked (Doc. #77), has been satisfactory, the above referenced Petition is DISMISSED.

June 25, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Patrick Kennedy, U.S. Pretrial Services Officer